**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE  DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                    **CASE NO. 1:09-cr-17-SPM/AK-2**

**PAUL CEDENO,**

   **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 79) of the United States

Magistrate Judge, to which there have been no timely objections, the plea of guilty of

the Defendant, **PAUL CEDENO**, to Count One of the superseding indictment is hereby

**ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

   **DONE AND ORDERED** this <u>tenth</u> day of September, 2009.


   _s/ Stephan P. Mickle_____
   Stephan P. Mickle
   Chief United States District Judge