IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No.:1:09-cr-17-SPM/AK-2

PAUL CEDENO,

        Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the Defendant's Motion to Continue Sentencing (doc. 90). The Government does not oppose the motion to continue.

Good cause having been found, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to continue (doc. 90) is hereby *granted*.

2. Sentencing is reset for **February 1, 2010, at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this fifth day of November, 2009.

                                   *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge